UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                                            Case No.  8:03-cv-2731-T-30MSS

**1576 SOUTH MARTIN LUTHER KING JR.
AVENUE, CLEARWATER, FLORIDA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    Counsel for the Plaintiff, Anita Cream, Esquire, has advised Chambers that this matter is "concluded" and that the case may be closed.  A review of the file indicates that an Order of Forfeiture as to the Real Property Located at 1576 South Greenwood Avenue, Clearwater, Florida (Dkt. #51) was entered on May 3, 2005.  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** that:

    1.    This cause is dismissed.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 25, 2005.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cv-2731.dismissal.wpd